UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>TORREY LANG GRIFFIN<br><br>Debtor(s) | Case No. 13-53712-MHM |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Adam M. Goodman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/22/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 05/13/2013.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,150.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $490.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$490.00**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $227.95 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $22.05 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$250.00**

Attorney fees paid and disclosed by debtor:         $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARON'S SALES & LEASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS AGE | Unsecured | 142.00 | 140.02 | 140.02 | 0.00 | 0.00 |
| CAPITAL ASSET RECOVERY | Secured | 19,000.00 | 9,445.04 | 9,445.04 | 240.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERVICES | Unsecured | 7,091.00 | 7,091.74 | 7,091.74 | 0.00 | 0.00 |
| FREEMAN FINANCE COMPANY | Unsecured | 0.00 | 1,020.96 | 1,020.96 | 0.00 | 0.00 |
| Georgia Department of Revenue | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| I.C. SYSTEMS INC. | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 19.95 | 19.95 | 0.00 | 0.00 |
| SCHEDULED UNSECURED DEBT | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED UNSECURED DEBT | Unsecured | 2,020.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED UNSECURED DEBT | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| WELLSTAR COBB HOSPITAL | Unsecured | 1,363.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,445.04 | $240.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,445.04** | **$240.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,272.67** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $250.00 |
| Disbursements to Creditors | $240.00 |
| **TOTAL DISBURSEMENTS :** | **$490.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/22/2013          By: /s/ Adam M. Goodman
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

IN RE: ) CASE NO. 13-53712-MHM
TORREY LANG GRIFFIN )
)
)
DEBTOR )

### CERTIFICATE OF SERVICE

This is to Certify that I have this day served

   TORREY LANG GRIFFIN
   1095 SOUTH GORDON RD.
   UNIT A
   AUSTELL, GA 30168


   CLARK & WASHINGTON, P.C.
   3300 NORTHEAST EXPRESSWAY
   BUILDING 3, SUITE A
   ATLANTA, GA 30341


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED: 05/22/2013                           /S/
                                                    Adam M. Goodman, Chapter 13 Trustee
                                                    State Bar No. 300887
                                                    STANDING CHAPTER 13 TRUSTEE
                                                    260 PEACHTREE STREET
                                                    SUITE 200
                                                    ATLANTA, GA 30303
                                                    (678)510-1444
                                                    trustee@13trusteeatlanta.com


**UST Form 101-13-FR-S (9/1/2009)**