UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Torrey Lang Griffin**
1095 South Gordon Rd.
Unit A
Austell, GA 30168

xxx−xx−7366

Case No.: **13−53712−mhm**
Chapter:  **7**
Judge:  **Margaret Murphy**

### ORDER APPROVING ACCOUNT AND DISCHARGING CHAPTER 13 TRUSTEE

It appearing that the case of the above−named Debtor(s) was converted to a Chapter **7** by Order of this Court on **5/13/13**, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Chapter 13 Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Chapter 13 Trustee has performed all other duties as required in the administration of said estate;

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The Clerk shall mail a copy of this order to the Debtor, the Attorney for the Debtor(s), the Chapter 13 Trustee, and the Chapter 7 Trustee.

_____
Margaret Murphy
United States Bankruptcy Judge

Dated: May 23, 2013

Form175